UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN GARRETT BRUNA,<br><br>              Petitioner,<br><br>v.<br><br>JAY CHRISTENSEN,<br><br>              Respondent. | Case No. 1:21-cv-00301-REP<br><br>**NOTICE OF INTENT TO DISMISS** |

Pending before the Court is Petitioner Steven Garrett Bruna's Petition for Writ of Habeas Corpus challenging his state court conviction. *See* Dkt. 3. Respondent has filed a Motion for Summary Dismissal. *See* Dkt. 16. Petitioner has been notified of the obligation to respond to that motion. *See* Dkt. 13 at 4. Petitioner has not done so, and the response is now overdue.

Accordingly, the Court notifies Petitioner that the Petition is subject to dismissal for failure to prosecute or failure to comply with a court order. *See* Fed. R. of Civ. P. 41(b); Rule 12 of the Rules Governing Section 2254 Cases ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."). Dismissal in this manner would operate as an adjudication on the merits and would prevent Petitioner from re-filing a federal habeas corpus petition challenging the same conviction or sentence. If

NOTICE OF INTENT TO DISMISS - 1

Petitioner intends to proceed with this case, he must file a response to Respondent's Motion for Summary Dismissal within 14 days after entry of this Order.

## ORDER

**IT IS ORDERED** that Petitioner must respond to the pending Motion for Summary Dismissal within 14 days after entry of this Order. If Petitioner does not do so, this case may be dismissed without further notice.

DATED: June 1, 2022

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge